UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN PRECISION INDUSTRIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FEDERAL INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY and NORTH RIVER INSURANCE COMPANY<br><br>　　　　　Defendants. | DOCKET NO.: 14 CV 01050<br><br>(RJA) |

## **ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of Defendant Federal Insurance Company's Motion Pursuant to FRCP 45 to Compel Compliance with Subpoena to Produce Documents, and any opposition thereto, it is hereby ORDERED that API Heat Transfer Inc. ("Heat Transfer") shall provide all documents responsive to the Subpoena within ten (10) days of the date of this Order. Sanctions may be imposed against Heat Transfer if all responsive documents are not produced within ten (10) days of the date of this Order, upon further application to this Court.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Hon. H. Kenneth Schroeder, Jr.