# EXHIBIT "E"

## McGowan, Emmett

| | |
|---|---|
| **From:** | Roh, Katriana G <kroh@paulweiss.com> |
| **Sent:** | Wednesday, March 28, 2018 11:36 PM |
| **To:** | McGowan, Emmett |
| **Subject:** | [EXTERNAL] RE: API Heat Transfer Inc. Document Subpoena in W.D.N.Y. Case 1:14-cv-0105-0-RJA-HKS American Precision Industries, Inc. v. Federal Insurance Company |

Emmett-

While I am skeptical of the urgency of a request you have been silent on for over a year, and, as we had discussed previously, believe your inquiries are properly directed to counsel for plaintiff, per our discussion last year and without waiver of any objections, I am able to confirm on behalf of API Heat Transfer as follows:

API Heat Transfer Technologies Corporation merged with Heat Transfer Enterprises, Inc. as of July 11, 2007.  The same day, Heat Transfer Enterprises merged into Heat Transfer Parent, Inc. (n/k/a API Group Intermediate Holding Company).  API Heat Transfer Inc. was a wholly owned subsidiary of API Group Intermediate Holding Company.

Best,
Kate

**Katriana G. Roh** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3631 (Direct Phone) | +1 212 492 0631 (Direct Fax)
kroh@paulweiss.com | www.paulweiss.com

---

**From:** McGowan, Emmett [mailto:mcgowan@mclolaw.com]
**Sent:** Tuesday, March 20, 2018 10:50 AM
**To:** Roh, Katriana G <kroh@paulweiss.com>
**Subject:** RE: API Heat Transfer Inc. Document Subpoena in W.D.N.Y. Case 1:14-cv-0105-0-RJA-HKS American Precision Industries, Inc. v. Federal Insurance Company

Ms. Roh:         I am reaching out one more time in an attempt to secure API Heat Transfer Inc.'s response to the Subpoena to Produce Documents which was served on October 7, 2016.  If we do not receive substantive responses within ten (10) days, we will have no choice but to utilize motions practice.

Emmett
856-380-8936

---

**From:** Roh, Katriana G [mailto:kroh@paulweiss.com]
**Sent:** Wednesday, January 25, 2017 1:33 PM
**To:** McGowan, Emmett
**Subject:** RE: API Heat Transfer Inc. Document Subpoena in W.D.N.Y. Case 1:14-cv-0105-0-RJA-HKS American Precision Industries, Inc. v. Federal Insurance Company

Emmett-

Apologies, I was out sick yesterday.  I have a series of meetings, but can I call you at 3:30?  If that time does not work, please propose an alternative.

Best,
Kate

**Katriana G. Roh** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3631 (Direct Phone) | (212) 492-0631 (Direct Fax)
kroh@paulweiss.com | www.paulweiss.com

---

**From:** McGowan, Emmett [mailto:mcgowan@mclolaw.com]
**Sent:** Tuesday, January 24, 2017 11:31 AM
**To:** Roh, Katriana G <kroh@paulweiss.com>
**Subject:** API Heat Transfer Inc. Document Subpoena in W.D.N.Y. Case 1:14-cv-0105-0-RJA-HKS American Precision Industries, Inc. v. Federal Insurance Company

Ms. Roh,

     I am following-up again regarding API Heat Transfer Inc.'s ("Heat Transfer's") failure to respond to the Subpoena To Produce Documents which was served on Heat Transfer on October 7, 2016. As you know, Heat Transfer's response was due October 31, 2016. You and I discussed the Subpoena on November 17, 2016 and December 13, 2016.  Despite these discussions, to date, we still have not received a response to the Subpoena.  Please be advised that if we do not receive the documentation demanded in the Subpoena by close of business this Friday, January 27, 2017, we will have no choice but to file a motion to enforce the Subpoena.

     Please do not hesitate to contact me if you would like to discuss.

Sincerely,
Emmett

**Emmett E. McGowan, III**
Siegal & Park
533 Fellowship Road, Suite 120
Mt. Laurel, NJ 08054

☎: (856) 380-8936
✉   Emmett.McGowan@mclolaw.com

---

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any

way from the receipt, opening or use of this email is expressly disclaimed.

_____

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.