# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AMERICAN PRECISION INDUSTRIES, INC., | : <br> : <br> : <br> : **Dkt. No. 1:14-cv-01050-RJA-HKS** |
| Plaintiff, | : <br> : |
| vs. | : **NOTICE OF MOTION FOR SUMMARY** <br> : **JUDGMENT** |
| FEDERAL INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, and NORTH RIVER INSURANCE COMPANY, | : <br> : <br> : <br> : |
| Defendants. | : <br> : |

**PLEASE TAKE NOTICE** that the undersigned, attorneys for Plaintiff American Precision Industries, Inc. ("API"), shall move before the Honorable Richard J. Arcara, U.S.D.J., at the United States District Court, Western District of New York, 2 Niagara Square, Buffalo, NY 14202, on a date and time to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 56, granting API summary judgment.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, API shall rely on the Brief and Certification of Adam J. Budesheim filed simultaneously herewith.

**PLEASE TAKE FURTHER NOTICE** that API intends to file and serve reply papers in further support of this motion.

**PLEASE TAKE FURTHER NOTICE** that API respectfully requests oral argument.

By: _s/ Adam J. Budesheim_
Adam J. Budesheim
David C. Kane
McCarter & English, LLP
Worldwide Plaza
825 Eighth Ave., 31st Fl.
New York, NY 10019
Phone: 212.609.6800
Fax: 212.609.6921
Attorneys for Plaintiff
American Precision Industries, Inc.

DATED: July 10, 2020