UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN PRECISION INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, and NORTH RIVER INSURANCE COMPANY, <br><br> Defendants. | **Dkt. No. 1:14-cv-01050-RJA-HKS** <br><br> **ORDER GRANTING SUMMARY JUDGMENT TO PLAINTIFF AMERICAN PRECISION INDUSTRIES, INC.** |

**THIS MATTER** having been opened to the Court by McCarter & English, LLP, attorneys for Plaintiff American Precision Industries, Inc. ("API"), for an Order, pursuant to Federal Rule of Civil Procedure 56, granting API summary judgment; and the Court having considered the submissions of the parties and the arguments of counsel, if any; and for good cause shown;

**IT IS** on this            day of                          , 2020;

**ORDERED** that API's motion is **GRANTED**; and it is further

**ORDERED** that Defendants Federal Insurance Company, Fireman's Fund Insurance Company, and North River Insurance Company must defend and indemnify API in connection with all pending and future asbestos-related claims and reimburse defense fees and costs, as well as settlement amounts, previously incurred by API in connection with asbestos-related claims.

_____
Hon. Richard J. Arcara, U.S.D.J.