# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN PRECISION INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, and NORTH RIVER INSURANCE COMPANY, <br><br> Defendants. | **Dkt. No. 1:14-cv-01050-RJA-HKS** <br><br> **CERTIFICATION OF SERVICE** |

I certify that the following documents were electronically filed with the Clerk, United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York 14202:

1. Notice of Motion for Summary Judgment;

2. Brief in Support of Motion for Summary Judgment;

3. Certification of Adam J. Budesheim (with exhibits);

4. Proposed Order Granting Summary Judgment; and

5. this Certification of Service.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

By: *s/ Adam J. Budesheim*
    Adam J. Budesheim
    David C. Kane
    McCarter & English, LLP
    Worldwide Plaza
    825 Eighth Ave., 31st Fl.
    New York, NY 10019
    Phone: 212.609.6800
    Fax: 212.609.6921
    Attorneys for Plaintiff
    American Precision Industries, Inc.

DATED: July 10, 2020